David G. Halm, Esq., State Bar No. 179957
**NICOLSON LAW GROUP, PC**
6320 Canoga Avenue, Suite 750
Woodland Hills, CA 91367
Direct:     (818) 858-1121
Office:     (818) 858-1120
Facsimile:  (818) 858-1124
E-mail:  halm@nicolsonlawgroup.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| COLOMBIA FONG,<br><br>             Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 to 50,<br><br>             Defendants. | CASE NO. 2:18-cv-09983 PA (sk)<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

Having considered the stipulation between Plaintiff COLOMBIA FONG and Defendant, TARGET CORPORATION, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiff COLOMBIA FONG, as a result of the alleged incident and subsequent claim all described more fully in the Complaint in the matter entitled <u>Colombia Fong v. Target Corporation and DOES 1 to 5</u>, State Case No. BC 718051and Federal Case No. 2:18-cv-09983 PA (sk), has incurred total damages, if any, that do not, and will never be claimed to, exceed <u>$75,000.00</u>.

///

///

///

///

**[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**

Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a), and this matter is hereby remanded to the Superior Court of California, County of Los Angeles.

Dated: __December 07, 2018__          _____/s/ Percy Anderson_____
                                       Honorable Percy Anderson
                                       United States District Judge

**[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**